AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Timothy Turkelson | | Telephone: (989) 895-5712 |
| Special Agent: Troy Wohlfert | | Telephone: (989) 892-6525 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
  v.
Koryion Deshawn Welch

Case No. 1:21-mj-30069
Judge: Morris, Patricia T.
Filed: 02-10-2021

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 10, 2021** in the county of **Saginaw** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a person who has been convicted in any court of a crime punishable by a term of imprisonment exceeding one year. |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Troy Wohlfert, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: February 10, 2021

_____
Judge's signature

City and state: Bay City, Michigan

Patricia T. Morris, U.S. Magistrate Judge
Printed name and title

# **AFFIDAVIT**

I, Troy Wohlfert, being first duly sworn on oath, states that:

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since February 2010. I am currently assigned to the Detroit Division, Bay City Resident Agency, where I am responsible for investigating a myriad of criminal violations. I am currently detailed to the FBI Mid-Michigan Safe Streets Task Force (MMSSTF). This Task Force is a multi-jurisdictional law enforcement entity charged with investigating violations of Federal law, including drug trafficking crimes defined under Title 21 of the United States Code. During my employment with the FBI I have conducted or participated in investigations related to the possession and manufacture of firearms and narcotics in violation of Titles 18, 21, and 26 of the United States Code.

2. I make this affidavit from personal knowledge based on my participation in this investigation, communications with other officers, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

1

3. I am currently investigating Koryion Deshawn Welch, date of birth XX/XX/1988, for violation of 18 U.S.C. § 922(g)(1), possession of a firearm by a person who has been convicted in any court of a crime punishable by a term of imprisonment exceeding one year.

4. On February 4, 2021, the United States District Court for the Eastern District of Michigan authorized a search warrant for Koryion Welch's residence located at 3002 Court St., Saginaw, Michigan.

5. On February 10, 2021, the MMSSTF executed the search warrant at the 3002 Court St. residence. When officers made entry into the residence Koryion Welch was located naked in bed in a bedroom of the residence. He was alone in the bedroom. Also located in a dresser drawer in the same bedroom as Koryion Welch was a Taurus, model G2C, semiautomatic handgun and a Glock, model 30, semiautomatic handgun. Within the same drawer investigators also discovered mail addressed to Koryion Welch and a quantity of suspected crack cocaine. Located on top of the same dresser was a wallet containing Koryion Welch's identification.

7. The firearms were seized and made safe on the scene. Officers ran both firearms through Law Enforcement Information Network (LEIN) and the Taurus, model G2C, handgun was reported as having been stolen.

8. Although Koryion Welch refused to be interviewed, he made the unsolicited statement to agents that the house agents were searching was his house.

9. I reviewed a copy of Welch's criminal history, which showed the following felony convictions:

(a) 02/08/2010 – Fleeing and Eluding – Third Degree and Carrying a Concealed Weapon.

(b) 02/04/2010 - Firearms – Possession by a Felon, Habitual 3rd offense, and Felony Firearm.

(c) 06/01/2015 – Carrying a Concealed Weapon, Firearms – Possession by a Felon, Habitual 4th offense, Felony Firearm.

10. Welch received a prison sentence of 1 year and 5 months to 5 years on the Fleeing and Eluding and Carrying a Concealed Weapon convictions, a prison sentence of 3 years and 3 months on the Firearms – Possession by a Felon and Felony Firearm convictions, and a prison sentence of 3 years and 6 months to 5 years on the Carrying a Concealed Weapon, Firearms – Possession by a Felon, Felony Firearm convictions, and thus he was aware on February 10, 2021, that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year.

11. S/A Kyle Salcido is recognized by the ATF as an expert in the interstate nexus of firearms. Agent Salcido determined that the Taurus, Model

G2C semiautomatic pistol and the Glock, Model 30, semiautomatic pistol were both manufactured outside the state of Michigan.

12. Based on the foregoing, I have probable cause to believe that on February 10, 2021, in the Eastern District of Michigan, Koryion Deshawn Welch, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, in violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.

Dated this 10th day of February, 2021.

_____
Troy Wohlfert
Special Agent
Federal Bureau of Investigation

Sworn to before me this 10th day of February 2021 and signed in my presence, and/or by reliable electronic means.

_____
Hon. Patricia T. Morris
United States Magistrate Judge

4